IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01592-RPM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

MARIA LUISA BALTAZAR BENITEZ;
MARIBEL SOTO PEREZ;
MANUELLA SINALOA RASCON; and
SERGIO CARREON RAMIREZ,

    Plaintiffs/Intervenors,
v.

VAIL RUN RESORT COMMUNITY ASSOCIATION, INC., D/B/A VAIL RUN RESORT;
GLOBAL HOSPITALITY RESORTS, INC.; and
WILLIAM FLEISCHER,

    Defendants.

_____

ORDER GRANTING MOTION TO INTERVENE AS PARTY PLAINTIFFS
_____

    Upon consideration of the Unopposed Motion to Intervene as Party Plaintiffs [Doc. 6], it is

    ORDERED that the motion is granted and the Complaint in Intervention attached thereto is accepted for filing.

    DATED: August 20th, 2015

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge