IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01592-RPM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

MARIA LUISA BALTAZAR BENITEZ;
MARIBEL SOTO PEREZ;
MANUELLA SINALOA RASCON; and
SERGIO CARREON RAMIREZ,

    Plaintiffs/Intervenors,

v.

VAIL RUN RESORT COMMUNITY ASSOCIATION, INC., D/B/A VAIL RUN RESORT;
GLOBAL HOSPITALITY RESORTS, INC.; and
WILLIAM FLEISCHER,

    Defendants.
_____

## ORDER DENYING MOTION TO STRIKE
_____

Because reviewing the allegations challenged in the EEOC's motion to strike defenses from defendant's answer would delay proceedings on the merits of this case, it is

ORDERED that the motion to strike [Doc. 23] is denied and the parties should proceed to comply with Procedural Order Number One to enable the scheduling of a available Rule 16 scheduling conference in this case.

DATED: November 18th, 2015

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge