IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01592-RPM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

MARIA LUISA BALTAZAR BENITEZ;
MARIBEL SOTO PEREZ;
MANUELLA SINALOA RASCON; and
SERGIO CARREON RAMIREZ,

    Plaintiffs/Intervenors,

v.

VAIL RUN RESORT COMMUNITY ASSOCIATION, INC., D/B/A VAIL RUN RESORT;
GLOBAL HOSPITALITY RESORTS, INC.; and
WILLIAM FLEISCHER,

    Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
  Secretary


    Pursuant to the hearing convened on December 8, 2015, a hearing regarding the proposed Consent Decree is set for **January 21, 2016, at 1:30 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: January 6, 2016