IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01592-RPM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff,

MARIA LUISA BALTAZAR BENÍTEZ;
MARIBEL SOTO PÉREZ;
MANUELA SINALOA RASCÓN; and
SERGIO CARREÓN RAMÍREZ,

      Plaintiffs/Intervenors,

v.

VAIL RUN RESORT COMMUNITY ASSOCIATION, INC. D/B/A VAIL RUN RESORT; and
GLOBAL HOSPITALITY RESORTS, INC.,

      Defendants.

---

**RENEWED JOINT MOTION FOR ENTRY OF CONSENT DECREE AND FOR
DISMISSAL WITH PREJUDICE**

---

Plaintiff Equal Employment Opportunity Commission ("EEOC"); Plaintiff-Intervenors Maria Luisa Baltazar Benitez, Maribel Soto Perez, Manuela Sinaloa Rascon, and Sergio Carreon Ramirez; and Defendants Vail Run Resort Community Association, Inc. ("Vail Run Resort"), Global Hospitality Resorts, Inc. ("Global Hospitality"), and William Fleischer, through their respective counsel, move for entry of the Consent Decree, filed herewith, [Ex. 1, Decree], and for dismissal of this action with prejudice, subject to the terms of the Consent Decree. In support thereof, the Parties state as follows:

1.      The Parties believe that all issues in this case are resolved by the Consent Decree, including all claims for monetary relief, injunctive relief, equitable relief, attorneys' fees, and costs.

2.      The Parties represent that this Consent Decree is fair, reasonable, and equitable, is not a product of collusion or against the public interest.

3.      The Parties have sought to address concerns and questions raised by the Court during the January 21, 2016 hearing. [*See* Ex. 2, Hearing Transcript]. To assist the Court and for the Court's convenience, the Parties include a redline version of the Decree herewith, [Ex. 3, Redline Decree]. The changes to the Decree since January 21, 2016 include:

   a.  The Parties stipulate that, subject to entry of the Consent Decree, Mr. William Fleischer, as an individual, should be dismissed from this action before the Court approves the revised Consent Decree and have accordingly omitted Mr. Fleischer from the caption of the revised Consent Decree. [Dkt. No. 31, at 2; Ex. 3, at 1].

   b.  The Parties have eliminated any inadvertent residual references to continuing jurisdiction, as requested by the Court. [Ex. 2, at 15, 20; Ex. 3, at ¶¶ 18, 45].

   c.  The Parties have clarified any ambiguity regarding the costs and fees of the bilingual monitor. [Ex. 2, at 19]. The monitor's fees and costs shall be capped at $10,500 a year. [Ex. 3, at ¶ 37]. Should the monitor believe that he or she will be unable to complete all of his or her obligations under the Decree and stay under the cap, the monitor must notify the Parties in the mid-year report or as soon as practicably possible. Upon notice, Defendants, at their discretion, may confer with EEOC and the monitor about reducing costs and fulfilling the remaining obligations. If necessary, the EEOC has discretion to increase the cap by an additional 10% (*i.e.,*$1,000) [*Id.* at ¶ 40.10].

   d.  The Parties have clarified that the monitor shall have access to all relevant records, with the exception of records protected by the attorney-client privilege, in the course of fulfilling his or her duties. [Ex. 2, at 20-21; Ex. 3, at ¶ 39].

4.      The Court also raised the issue of whether Global Hospitality should be included

as a party to the Decree. [Dkt. No. 31, at 2]. Plaintiff EEOC is filing, without objection from

defendants, a separate Supplemental Memorandum containing case law concerning this issue.

[Dkt. No. 36].

WHEREFORE, the parties respectfully request that the Court enter an order dismissing

Defendant William Fleischer with prejudice and removing his name from the caption,  sign and

enter the Consent Decree filed herewith [Ex. 1], and then dismiss this action with prejudice.

Dated: February 10, 2016

Respectfully submitted,

_____*s/ Iris Halpern*_____
Iris Halpern
Karl Tetzlaff
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Denver Field Office
303 E. 17th Ave., Suite 410
Denver, CO 80203
(303) 866-1374
Attorneys for Plaintiff

____*s/  Qusair Mohamedbhai*_____
Qusair Mohamedbhai
Arash Jahanian
2701 Lawrence Street, Suite 100
Denver, CO 80205
(303) 578-4400
Attorneys for Plaintiff-Intervenors

___*s/  Raymond W. Martin*____
Raymond W. Martin
Kasey A. Meyer
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303) 244-1800
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2016 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Raymond W. Martin
Michele O. Choe
Kasey A. Meyer
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
martin@wtotrial.com
choe@wtotrial.com
kmeyer@wtotrial.com


Qusair Mohamedbhai
Arash Jahanian
2701 Lawrence Street, Suite 100
Denver, CO 80205
(303) 578-4400 (t)
(303) 578-4401 (f)
qm@rmlawyers.com
aj@rmlawyers.com


_____s/ Iris Halpern_____
Iris Halpern
Senior Trial Attorney